UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRICE ZIEGLER AND CHARLES ZIEGLER,
husband and wife, and LEROY MAZON

      Plaintiffs,

v.                                               Case No.  8:07-cr-1474-T-24-TBM

LOCKHEED MARTIN CORPORATION,
individually and as successor in interest to Loral
Corporation, WPI SARASOTA DIVISION INC.,
WIRE PRO INC., and BECDS, LLD.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Designation and Consent-to-Act (Doc. No. 11), wherein attorneys Stephan Matanovic and Ruben Honik request that they be permitted to appear *pro hac vice* on behalf of Plaintiffs in the instant case.  Mr. Matanovic and Mr. Honik have designated that attorney Kent G. Whittemore will serve as local counsel and paid their *pro hac vice* submission fees.  Accordingly, it is ORDERED and ADJUDGED that Mr. Matanovic and Mr. Honik's request is **GRANTED**.  Mr. Matanovic and Mr. Honik are directed to sign up for CM/ECF.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record